# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Babiker Isaq,                                         Civil No. 11-1262 (DWF/FLN)

        Plaintiff,

v.                                                   **ORDER ADOPTING REPORT
                                                      AND RECOMMENDATION**

Walleed Sombol of Blue and White
Taxi, and Saleem Slim of All
Hadeel, Inc.,

        Defendant.

_____

Babiker Isaq, *Pro Se*, Plaintiff.

_____


Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated December 7, 2011, all the files and

records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that this action is dismissed for lack of prosecution.


Dated:  January 17, 2012              s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge